UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| D. WAYNE DOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:05-CV-006 |
| | ) | (VARLAN/GUYTON) |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton on November 4, 2005 [Doc. 16]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Guyton found that the Administrative Law Judge's decision that plaintiff is not disabled, as defined by the Social Security Act, is supported by substantial evidence in the record as a whole and recommended that plaintiff's motion for summary judgment [Doc. 12] be denied and that defendant Commissioner's motion for summary judgment [Doc. 14] be granted.

The Court has carefully reviewed this matter, including the underlying pleadings [Docs. 12, 13, 14, 15]. The Court is in agreement with Magistrate Judge Guyton's recommendation which the Court adopts and incorporates into its ruling. Plaintiff's motion for summary judgment is hereby **DENIED**, and defendant's motion for summary judgment

is hereby **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation and incorporates it herein. This case is hereby **DISMISSED**.

IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        UNITED STATES DISTRICT JUDGE